**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

CYNTHIA WILLIAMS-BARNES,

        Plaintiff,

vs.                                        Case No. 3:08-cv-944-J-32TEM

MICHAEL J. ASTRUE, Commissioner of
the Social Security Administration,

        Defendant.
_____

## **ORDER**

This case is before the Court on Plaintiff's Complaint (Doc. 1) seeking judicial review of the final decision of the Commissioner of Social Security denying her claim for supplemental security income and disability benefits under the Social Security Act. The Court, having considered the Memoranda of the parties (Docs. 26, 27) and having heard oral argument on March 18, 2010, for the reasons set forth in the attached Findings, which are incorporated by reference, it is hereby

**ORDERED**:

The Clerk shall enter judgment pursuant to sentence four of 42 U.S.C. §§ 405(g) and 1383(c)(3), **affirming** the Decision of the Commissioner and **close** the file.

**DONE AND ORDERED** at Jacksonville, Florida this 22nd day of March, 2010.

s.
Copies w/Attached Findings:
counsel of record

                                                TIMOTHY J. CORRIGAN
                                                United States District Judge